# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; AYLO USA INCORPORATED, a Delaware corporation; AYLO BILLING US CORP., a Delaware corporation; ETHICAL CAPITAL PARTNERS, a foreign entity; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., d/b/a "PORN HUB," a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity;  and MG BILLING US CORP., a Delaware corporation,<br><br>  Defendants. | Case No. 2:23-cv-7488 MWF (AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT AND TIME FOR RESPONSE** |

///

///

///

///

///

Good cause being shown in the Stipulation to Extend Time to File First Amended Complaint and Time for Response between Plaintiff Jane Doe, f/k/a Kristy Althaus ("Plaintiff"), and Defendants Aylo Global Entertainment Inc., Aylo USA Incorporated (formerly MindGeek USA Incorporated), Aylo Billing US Corp. (formerly MG Billing US Corp.), 9129-1568 Quebec Inc., MG Freesites Ltd, and MindGeek S.à r.l, (together, "Aylo Defendants") and Ethical Capital Partners Ltd. ("ECP") (collectively "Defendants"), it is **HEREBY ORDERED**:

1. The deadline for Plaintiff to file her First Amended Complaint ("FAC") is extended from July 29, 2024, to August 12, 2024.

2. The deadline for Defendants to respond to Plaintiff's FAC is extended from August 29, 2024, to September 12, 2024.

3. Defendants preserve all objections and defenses to the FAC, including any objection or defense on the ground of lack of personal jurisdiction.

IT IS SO ORDERED.

Dated: July 26, 2024

MICHAEL W. FITZGERALD
United States District Judge