DAVID A. STEINBERG (SBN 130593)
  das@msk.com
MARC E. MAYER (SBN 190969)
  mem@msk.com
EMILY F. EVITT (SBN 261491)
  efe@msk.com
JAMES D. BERKLEY (SBN 347919)
  jdb@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

*Attorneys for Defendants
Aylo Global Entertainment, Inc., Aylo USA Incorporated, Aylo Billing US Corp., Aylo Holdings S.à r.l., Aylo Freesites Ltd, 9219-1568 Quebec, Inc., Aylo Premium Ltd*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, f/k/a KRISTY ALTHAUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; AYLO USA INCORPORATED, a Delaware corporation; AYLO BILLING US CORP., a Delaware corporation; ETHICAL CAPITAL PARTNERS, a foreign entity; MINDGEEK S.A.R.L., a foreign entity; MG FREESITES, LTD., d/b/a "PORN HUB," a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; and MG BILLING US CORP., a Delaware corporation,<br><br>Defendants. | CASE NO. 2:23-cv-07488-MWF-AGR<br><br>Judge Michael W. Fitzgerald<br><br>**JOINT STIPULATION FOR ONE-WEEK EXTENSION REGARDING RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>[(Proposed) Order filed concurrently herewith]<br><br>Filed: September 8, 2023<br>FAC: September 3, 2024 |

This Stipulation is entered by and between Plaintiff Jane Doe f/k/a Kristy Althaus ("Plaintiff"), through her counsel of record, Defendant Ethical Capital Partners Ltd. ("ECP"), through its counsel of record, and Defendants Aylo Global Entertainment, Inc., Aylo USA Incorporated, Aylo Billing US Corp., Aylo Holdings S.à r.l., Aylo Freesites Ltd, 9219-1568 Quebec, Inc., and Aylo Premium Ltd (collectively the "Aylo Defendants," and collectively with ECP, "Defendants"), through their counsel of record, and is based on the following facts:

WHEREAS, on June 24, 2024, the Court granted Defendants' Motions to Dismiss, dismissed MindGeek S.à r.l. (now known as Aylo Holdings S.à r.l.) and ECP without prejudice, and granted Plaintiff leave to file a First Amended Complaint by July 15, 2024 (Dkt. 74);

WHEREAS, on July 9, 2024, the Parties engaged in private mediation with the Honorable Daniel J. Buckley (Ret.);

WHEREAS, in light of the Parties' mediation and subsequent efforts to resolve their dispute, the Court granted a series of extensions of time for Plaintiff to file her First Amended Complaint ("FAC"), and for Defendants to respond to the FAC, specifically:

(a) On July 3, 2024, Plaintiff filed a joint stipulation reflecting the agreement of the then-named parties, pending the scheduled mediation, to extend the time for Plaintiff to file a FAC from July 15, 2024, to July 29, 2024, and to extend the time for defendants' responses to the FAC, if filed, from July 29, 2024, to August 29, 2024, which stipulation was granted by the Court on July 5, 2024. (Dkt. 75-76.)

(b) On July 25, 2024, Plaintiff filed a joint stipulation reflecting an agreement of the then-named parties, in light of continuing mediation negotiations, to extend the time for Plaintiff to file a FAC from July

29, 2029, to August 12, 2024, and to extend the time for defendants' responses to Plaintiff's FAC from August 29, 2024, to September 12, 2024, which stipulation was granted by the Court on July 26, 2024. (Dkt. 77-78.)

(c)  On August 8, 2024, Plaintiff filed a joint stipulation reflecting an agreement of the then-named parties, in light of continuing mediation negotiations, to further extend the time for Plaintiff to file a FAC to September 3, 2024, and to extend the time for defendants' responses to Plaintiff's FAC to October 3, 2024, which stipulation was granted by the Court on August 9, 2024. (Dkt. 79-80.)

WHEREAS, on September 3, 2024, Plaintiff filed her FAC, asserting twelve causes of action in a 954-paragraph, 144-page complaint, which added Aylo Premium Ltd as a defendant (Dkt. 81);

WHEREAS, on September 23, 2024, the Parties stipulated to a briefing schedule, whereby they agreed that the deadline for all Defendants to respond to Plaintiff's FAC would be November 15, 2024, Plaintiff's deadline to file her opposition to Defendants' anticipated motions in response to the FAC would be January 15, 2025, Defendants' deadline to file their reply would be February 5, 2025, and the hearing on Defendants' anticipated motions would be on or after February 24, 2025 (Dkt. 86), and the Court granted the stipulation and adopted the Parties' proposed schedule (Dkt. 87).

WHEREAS, on November 6, 2024, the Parties held their required Local Rule 7-3 conference of counsel, and discussed the substance of Defendants' contemplated motions to dismiss Plaintiff's FAC.

WHEREAS, the Parties are considering entering into a stipulation whereby Plaintiff would agree to file a Second Amended Complaint, streamlining her claims, with the goal of avoiding motion practice.

WHEREAS, the Parties need additional time to continue their discussion of the aforementioned stipulation regarding a potential Second Amended Complaint.

NOW, THEREFORE, the undersigned parties through their respective counsel hereby stipulate as follows, subject to the Court's approval:

1. The deadline for all Defendants to respond to Plaintiff's FAC shall be extended one week from November 15, 2024, to **November 22, 2024**.

2. All other deadlines relating to Defendants' responses to the FAC shall remain the same.

3. Defendants preserve all objections and defenses to the FAC, including any objection or defense on the ground of lack of personal jurisdiction.

**SO STIPULATED.**

DATED: NOVEMBER 13, 2024   RAYMOND P. BOUCHER
AMANDA J.G. WALBRUN
BOUCHER LLP

DAVID K. TESELLE

MORGAN L. CARROLL
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.

By:   */s/ Amanda J.G. Walbrun*
Raymond P. Boucher
Amanda J.G. Walbrun
David K. TeSelle
Morgan L. Carroll
*Attorneys for Plaintiff
Jane Doe f/k/a Kristy Althaus*

| | | |
|---|---|---|
| DATED: NOVEMBER 13, 2024 | | DAVID A. STEINBERG<br>MARC E. MAYER<br>EMILY F. EVITT<br>JAMES D. BERKLEY<br>MITCHELL SILBERG & KNUPP LLP |
| | By: | */s/ Emily F. Evitt*<br>David A. Steinberg<br>Marc E. Mayer<br>Emily F. Evitt<br>James D. Berkley<br>*Attorneys for Aylo Defendants* |
| DATED: NOVEMBER 13, 2024 | | RYAN G. BAKER<br>SAMUEL S. MEEHAN<br>DONALD R. PEPPERMAN<br>WAYMAKER LLP |
| | By: | */s/ Ryan G. Baker*<br>Ryan G. Baker<br>Samuel S. Meehan<br>Donald R. Pepperman<br>*Attorneys for Ethical Capital Partners Ltd.* |

## Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)

I, Emily F. Evitt, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: NOVEMBER 13, 2024

*/s/ Emily F. Evitt*
Emily F. Evitt

5
JOINT STIPULATION FOR ONE-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT