1  DAVID A. STEINBERG (SBN 130593)
     das@msk.com
2  MARC E. MAYER (SBN 190969)
     mem@msk.com
3  EMILY F. EVITT (SBN 261491)
     efe@msk.com
4  JAMES D. BERKLEY (SBN 347919)
     jdb@msk.com
5  MITCHELL SILBERBERG & KNUPP LLP
   2049 Century Park East, 18th Floor
6  Los Angeles, CA  90067-3120
   Telephone: (310) 312-2000
7  Facsimile: (310) 312-3100

8  *Attorneys for Defendants*
   *Aylo Global Entertainment, Inc., Aylo USA*
9  *Incorporated, Aylo Billing US Corp., Aylo*
   *Holdings S.à r.l., Aylo Freesites Ltd, 9219-*
10 *1568 Quebec, Inc., Aylo Premium Ltd*

11                UNITED STATES DISTRICT COURT

12               CENTRAL DISTRICT OF CALIFORNIA

13

14

15 JANE DOE, f/k/a KRISTY ALTHAUS,        CASE NO. 2:23-cv-07488-MWF-AGR
   an individual,
                                          Judge Michael W. Fitzgerald
16
            Plaintiff,
17                                        **JOINT STIPULATION FOR TWO-
            v.                            WEEK EXTENSION REGARDING
18                                        RESPONSE TO THE FIRST
   AYLO GLOBAL ENTERTAINMENT              AMENDED COMPLAINT**
   INC., a Delaware corporation; AYLO
19 USA INCORPORATED, a Delaware
   corporation; AYLO BILLING US           [(Proposed) Order filed concurrently
20 CORP., a Delaware corporation;         herewith]
   ETHICAL CAPITAL PARTNERS, a
21 foreign entity; MINDGEEK S.A.R.L., a   Filed: September 8, 2023
   foreign entity; MG FREESITES, LTD.,    FAC: September 3, 2024
22 d/b/a "PORN HUB," a foreign entity;
   MINDGEEK USA INCORPORATED,
23 a Delaware corporation; 9219-1568
   QUEBEC, INC., a foreign entity; and
24 MG BILLING US CORP., a Delaware
   corporation,
25
            Defendants.
26

27

28

1    This Stipulation is entered by and between Plaintiff Jane Doe f/k/a Kristy

2  Althaus ("Plaintiff"), through her counsel of record, Defendant Ethical Capital

3  Partners Ltd. ("ECP"), through its counsel of record, and Defendants Aylo Global

4  Entertainment, Inc., Aylo USA Incorporated, Aylo Billing US Corp., Aylo

5  Holdings S.à r.l., Aylo Freesites Ltd, 9219-1568 Quebec, Inc., and Aylo Premium

6  Ltd (collectively the "Aylo Defendants," and collectively with ECP,

7  "Defendants"), through their counsel of record, and is based on the following facts:

8    WHEREAS, on June 24, 2024, the Court granted Defendants' Motions to

9  Dismiss, dismissed MindGeek S.à r.l. (now known as Aylo Holdings S.à r.l.) and

10  ECP without prejudice, and granted Plaintiff leave to file a First Amended

11  Complaint by July 15, 2024 (Dkt. 74);

12    WHEREAS, on July 9, 2024, the Parties engaged in private mediation with

13  the Honorable Daniel J. Buckley (Ret.);

14    WHEREAS, in light of the Parties' mediation and subsequent efforts to

15  resolve their dispute, the Court granted a series of extensions of time for Plaintiff

16  to file her First Amended Complaint ("FAC"), and for Defendants to respond to

17  the FAC, specifically:

18    (a)    On July 3, 2024, Plaintiff filed a joint stipulation reflecting the

19        agreement of the then-named parties, pending the scheduled

20        mediation, to extend the time for Plaintiff to file a FAC from July 15,

21        2024, to July 29, 2024, and to extend the time for defendants'

22        responses to the FAC, if filed, from July 29, 2024, to August 29,

23        2024, which stipulation was granted by the Court on July 5, 2024.

24        (Dkt. 75-76.)

25    (b)    On July 25, 2024, Plaintiff filed a joint stipulation reflecting an

26        agreement of the then-named parties, in light of continuing mediation

27        negotiations, to extend the time for Plaintiff to file a FAC from July

28

Mitchell
Silberberg &
Knupp LLP

20331672.1

2

**JOINT STIPULATION FOR TWO-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT**

1    29, 2029, to August 12, 2024, and to extend the time for defendants'

2    responses to Plaintiff's FAC from August 29, 2024, to September 12,

3    2024, which stipulation was granted by the Court on July 26, 2024.

4    (Dkt. 77-78.)

5    (c)    On August 8, 2024, Plaintiff filed a joint stipulation reflecting an

6    agreement of the then-named parties, in light of continuing mediation

7    negotiations, to further extend the time for Plaintiff to file a FAC to

8    September 3, 2024, and to extend the time for defendants' responses

9    to Plaintiff's FAC to October 3, 2024, which stipulation was granted

10    by the Court on August 9, 2024.  (Dkt. 79-80.)

11    WHEREAS, on September 3, 2024, Plaintiff filed her FAC, asserting twelve

12    causes of action in a 954-paragraph, 144-page complaint, which added Aylo

13    Premium Ltd as a defendant (Dkt. 81);

14    WHEREAS, on September 23, 2024, the Parties stipulated to a briefing

15    schedule, whereby they agreed that the deadline for all Defendants to respond to

16    Plaintiff's FAC would be November 15, 2024, Plaintiff's deadline to file her

17    opposition to Defendants' anticipated motions in response to the FAC would be

18    January 15, 2025, Defendants' deadline to file their reply would be February 5,

19    2025, and the hearing on Defendants' anticipated motions would be on or after

20    February 24, 2025 (Dkt. 86), and the Court granted the stipulation and adopted the

21    Parties' proposed schedule (Dkt. 87).

22    WHEREAS, on November 6, 2024, the Parties held their required Local

23    Rule 7-3 conference of counsel, and discussed the substance of Defendants'

24    contemplated motions to dismiss Plaintiff's FAC.

25    WHEREAS, on November 13, 2024, the Parties stipulated to extend

26    Defendants' deadline to respond to the FAC one week from November 15, 2024, to

27    November 22, 2024 (Dkt. 96), and the Court granted the stipulation (Dkt. 97).

28

Mitchell
Silberberg &
Knupp LLP

20331672.1

3

**JOINT STIPULATION FOR TWO-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT**

1    WHEREAS, the Parties are considering entering into a stipulation whereby

2  Plaintiff would agree to file a Second Amended Complaint, streamlining her

3  claims, with the goal of avoiding motion practice.  The Parties are collaborating in

4  good faith to reach a stipulation, and need additional time to work out the details,

5  particularly in light of the Thanksgiving holiday.

6    NOW, THEREFORE, the undersigned parties through their respective

7  counsel hereby stipulate to extend the current deadlines by two weeks, as follows,

8  subject to the Court's approval:

9    1.    The deadline for all Defendants to respond to Plaintiff's FAC shall be

10  extended from November 22, 2024, to **December 6, 2024.**

11    2.    The deadline for Plaintiff to file her opposition to Defendants'

12  anticipated motions in response to the FAC shall be extended from January 15,

13  2025, to **January 29, 2025**.

14    3.    The deadline for Defendants to file their replies in support of their

15  anticipated motions shall be extended from February 5, 2025, to **February 19,**

16  **2025**.

17    4.    The hearing date for Defendants' anticipated motions shall be

18  extended from February 24, 2025, to on or after **March 10, 2025**.

19    5.    Defendants preserve all objections and defenses to the FAC, including

20  any objection or defense on the ground of lack of personal jurisdiction.

21

22    **SO STIPULATED.**

23

24

25

26    *[signature blocks on following page]*

27

28

Mitchell
Silberberg &
Knupp LLP

20331672.1

**JOINT STIPULATION FOR TWO-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT**

1   DATED: NOVEMBER 21, 2024      RAYMOND P. BOUCHER
                                  AMANDA J.G. WALBRUN
2                                 BOUCHER LLP

3                                 DAVID K. TESELLE

4                                 MORGAN L. CARROLL
                                  BURG SIMPSON ELDREDGE HERSH &
5                                 JARDINE, P.C.

6

7                                 By:   */s/ Amanda J.G. Walbrun*
                                        Raymond P. Boucher
8                                       Amanda J.G. Walbrun
                                        David K. TeSelle
9                                       Morgan L. Carroll
                                        *Attorneys for Plaintiff*
10                                      *Jane Doe f/k/a Kristy Althaus*

11

12  DATED: NOVEMBER 21, 2024      DAVID A. STEINBERG
                                  MARC E. MAYER
13                                EMILY F. EVITT
                                  JAMES D. BERKLEY
14                                MITCHELL SILBERBERG & KNUPP LLP

15

16                                By:   */s/ Emily F. Evitt*
                                        David A. Steinberg
17                                      Marc E. Mayer
                                        Emily F. Evitt
18                                      James D. Berkley
                                        *Attorneys for Aylo Defendants*

19

20  DATED: NOVEMBER 21, 2024      RYAN G. BAKER
                                  SAMUEL S. MEEHAN
21                                DONALD R. PEPPERMAN
                                  WAYMAKER LLP

22

23

24                                By:   */s/ Ryan G. Baker*
                                        Ryan G. Baker
25                                      Samuel S. Meehan
                                        Donald R. Pepperman
26                                      *Attorneys for Ethical Capital Partners
                                        Ltd.*

27

28

Mitchell
Silberberg &
Knupp LLP

20331672.1

5

**JOINT STIPULATION FOR TWO-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT**

1    **<u>Attestation Regarding Signatures-Local Rule 5-4.3.4(a)(2)(i)</u>**

2        I, Emily F. Evitt, attest that all signatories listed, and on whose behalf the

3    filing is submitted, concur in the filing's content and have authorized the filing.

4

5    DATED:  NOVEMBER 21, 2024        */s/ Emily F. Evitt*
                                        Emily F. Evitt

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell
Silberberg &
Knupp LLP

20331672.1

---

6

**JOINT STIPULATION FOR TWO-WEEK EXTENSION REGARDING
RESPONSE TO THE FIRST AMENDED COMPLAINT**