UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, f/k/a KRISTY ALTHAUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT INC., et al.,<br><br>Defendants. | CASE NO. CV 23-7488-MWF(AGRx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR TWO-WEEK EXTENSION TO BRIEFING SCHEDULE REGARDING RESPONSE TO THE FIRST AMENDED COMPLAINT**<br><br>Filed: September 8, 2023<br>FAC: September 3, 2024 |

The Court having reviewed the Stipulation for Two-Week Extension Regarding Response to the First Amended Complaint ("FAC") between Plaintiff Jane Doe, f/k/a Kristy Althaus ("Plaintiff"), Defendant Ethical Capital Partners Ltd. ("ECP"), and Defendants Aylo Global Entertainment, Inc., Aylo USA Incorporated, Aylo Billing US Corp., Aylo Holdings S.à r.l., Aylo Freesites Ltd, 9219-1568 Quebec, Inc., and Aylo Premium Ltd (collectively the "Aylo Defendants," and collectively with ECP, "Defendants"), and good cause appearing therefor, it is **HEREBY ORDERED**:

1. The deadline for all Defendants to respond to Plaintiff's FAC is extended from November 22, 2024, to **December 6, 2024.**

**ORDER**

  2. The deadline for Plaintiff to file her opposition to Defendants' anticipated motions in response to the FAC shall be extended from January 15, 2025, to **January 29, 2025**.

  3. The deadline for Defendants to file their replies in support of their anticipated motions shall be extended from February 5, 2025, to **February 19, 2025**.

  4. The hearing date for Defendants' anticipated motions shall be extended from February 24, 2025, to on or after **March 10, 2025**.

  5. Defendants preserve all objections and defenses to the FAC, including any objection or defense on the ground of lack of personal jurisdiction.

  IT IS SO ORDERED.

Dated: November 21, 2024

            MICHAEL W. FITZGERALD
            United States District Judge