Click here to enter your name and address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | CASE NUMBER |
| Plaintiff(s) | CV 23-7488-MWF(AGRx) |
| v. | |
| AYLO GLOBAL ENTERTAINMENT INC., et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kyziridis, Sophia E.                              of   Burg Simpson Eldredge Hersh & Jadine, P.C.
*Applicant's Name (Last Name, First Name & Middle Initial*      40 Inverness Drive East
(303) 792-5595                (303) 708-0527                Englewood, CO 80112
*Telephone Number*            *Fax Number*
SKyziridis@burgsimpson.som
          *E-Mail Address*                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Jane Doe f/k/a Kristy Althaus

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Boucher, Raymond P.                              of   Boucher LLP
*Designee's Name (Last Name, First Name & Middle Initial*      21600 Oxnard Street, Suite 600
115364            (818) 340-5400      818-340-5401      Woodland Hills, CA 91367
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
Ray@Boucher.la
          *E-Mail Address*                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: January 14, 2026**

_____
**Michael W. Fitzgerald, U.S. District Judge**