**EXHIBIT 1**

Raymond P. Boucher, State Bar No. 115364
  *ray@boucher.la*
Amanda J.G. Walbrun, State Bar No. 317408
  *walbrun@boucher.la*
Seena Paul (SBN 340184)
  *paul@boucher.la*
BOUCHER LLP
21600 Oxnard Street, Suite 600
Woodland Hills, California 91367-4903
Tel:   (818) 340-5400 / Fax: (818) 340-5401

David K. TeSelle (*Pro Hac Vice*)
  *dteselle@burgsimpson.com*
Morgan L. Carroll (*Pro Hac Vice*)
  *mcarroll@burgsimpson.com*
Lauren M. Knapp (*Pro Hac Vice)*
  *lknapp@burgsimpson.com*
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
40 Inverness Drive East
Englewood, Colorado 80112
Tel:   (303) 792-5595 / Fax: (303) 708-0527

*Attorneys for Plaintiff Jane Doe*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE, f/k/a KRISTY ALTHAUS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AYLO GLOBAL ENTERTAINMENT INC., a Delaware corporation; AYLO USA INCORPORATED, a Delaware corporation; AYLO BILLING US CORP., a Delaware corporation; ETHICAL CAPITAL PARTNERS, LTD, a foreign entity*; AYLO HOLDINGS S.A.R.L., a foreign entity; AYLO FREESITES, LTD., d/b/a "PORN HUB," a foreign entity; 9219-1568 QUEBEC, INC., a foreign entity; and AYLO PREMIUM LTD., a foreign corporation,<br><br>Defendants. | Case No. 2:23-cv-7488 MWF (AGRx)<br><br>**SECOND AMENDED COMPLAINT**<br><br>The Hon. Michael W. Fitzgerald<br><br>Trial Date:        Not Set<br><br>**1. 18 U.S.C. §§ 1591(a)(2), 1595**<br>**2. 18. U.S.C. §§ 1591(a)(1), 1595***<br>**3. 18 U.S.C. §§ 1594(c), 1591(a), 1595**<br>**4. 18 U.S.C. §§ 1594(a), 1591, 1595***<br>**5. 15 U.S.C. § 1125(a) - False Advertising***<br>**6. 15 U.S.C. § 1125(a) - False Endorsement***<br>**7. Cal. Civ. Code § 1708.85**<br>**8. Cal. Civ. Code § 3344(a)**<br>**9. Right of Publicity**<br>**10. Right of Privacy**<br>**11. False Light**<br>**12. IIED**<br>[Pseudonym Status Warranted, Action Based on Civil Code § 1708.85]<br><br>**DEMAND FOR JURY TRIAL** |

*Pursuant to the Court's April 15, 2025 Order (Doc. 133), these claims & party are stricken.

1